#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | NO. | MO:21-CV-00228 |
| § | | |
| TOMAS G. GARCIA., ET AL., § | | |
| *Defendants.* § | | |

### ORDER

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice (Doc. 14) filed August 25, 2022. In its notice, Plaintiff indicates that they voluntarily dismissing their claims against Defendant, Tomas G. Garcia, individually and d/b/a La Clika Bar, d/b/a Garcia La Click Bar, and d/b/a La Clika Bar Garcia's, without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 26th day of August, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE